UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES TRINKA,

*Plaintiff*,

v.

DENIS McDONOUGH,
Secretary of Veterans Affairs,

*Defendant*.

Civil Action No. 21-2904 (RC)

**JOINT MEET AND CONFER STATEMENT**

Pursuant to this Court's Minute Order (Jan. 31, 2022) and Local Civil Rule 16.3, Plaintiff James Trinka and Defendant Denis McDonough, Secretary of Veterans Affairs, by and through undersigned counsel, file this Meet and Confer Statement. Mr. Trinka, a former career employee of the Department of Veterans Affairs, challenges his termination under the (1) Due Process Clause of the Fifth Amendment to the United States Constitution, and (2) Veterans Access, Choice, and Accountability Act 38 U.S.C. § 713. Compl. ¶¶ 208-319. The parties expect this case to be disposed of on cross-motions for summary judgment, and propose a briefing schedule below. As such, the parties do not anticipate conducting discovery or a trial. Likewise, the parties do not anticipate any need to join or amend the pleadings, or that either settlement discussions or alternative dispute resolution would be viable at this time. Plaintiff does not consent to assigning this case to a magistrate judge. The Secretary is currently compiling the administrative record in this case, which he expects to consist of several hundred pages. The parties respectfully request that the Court enter the following briefing schedule:

| **Action** | **Date** |
|---|---|
| Certified List of Contents of the Administrative Record | Feb. 28, 2022 |
| Secretary's Motion for Summary Judgment | Mar. 18, 2022 |
| Trinka's Response to Secretary's Motion for Summary Judgment and Cross-Motion for Summary Judgment | Apr. 22, 2022 |
| Secretary's Reply in Support of Motion for Summary Judgment and Response to Trinka's Cross-Motion for Summary Judgment | May 27, 2022 |
| Trinka's Reply in Support of Cross-Motion for Summary Judgment | June 24, 2022 |
| Joint Appendix | July 8, 2022 |

Dated: February 14, 2022

By: /s/
CHRISTOPHER J. KEEVEN
D.C. Bar #993971
DEBRA L. ROTH
D.C. Bar #422452
CONOR D. DIRKS
D.C. Bar #1022481
Shaw Bransford & Roth P.C.
1100 Connecticut Ave. NW, Suite 900
Washington, DC 20036
(202) 463-8400

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/
BRADLEY G. SILVERMAN,
D.C. Bar #1531664
Assistant United States Attorney
555 4th St. NW
Washington, DC 20530
(202) 252-2575

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES TRINKA,<br><br>*Plaintiff*,<br><br>v.<br><br>DENIS McDONOUGH,<br>Secretary of Veterans Affairs,<br><br>*Defendant*. | Civil Action No. 21-2904 (RC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' Joint Meet and Confer Statement and the entire record herein, the Court hereby sets the following briefing schedule:

| **Action** | **Date** |
|---|---|
| Certified List of Contents of the Administrative Record | Feb. 28, 2022 |
| Secretary's Motion for Summary Judgment | Mar. 18, 2022 |
| Trinka's Response to Secretary's Motion for Summary Judgment and Cross-Motion for Summary Judgment | Apr. 22, 2022 |
| Secretary's Reply in Support of Motion for Summary Judgment and Response to Trinka's Cross-Motion for Summary Judgment | May 27, 2022 |
| Trinka's Reply in Support of Cross-Motion for Summary Judgment | June 24, 2022 |
| Joint Appendix | July 8, 2022 |

SO ORDERED.

____________________
Dated

______________________________
RUDOLPH CONTRERAS
United States District Court Judge