UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES TRINKA,

*Plaintiff,*

v.

DENIS McDONOUGH,
Secretary of Veterans Affairs *et al.*,

*Defendants*.

Civil Action No. 21-2904 (RC)

**DEFENDANTS' CERTIFIED LIST OF**
**CONTENTS OF THE ADMINSTRATIVE RECORD**

Pursuant to Local Rule 7(n)(1), Defendants submit the attached certified list of the contents of the administrative record in this case. Defendants will produce to Plaintiff a copy of the administrative record.

Dated: February 28, 2022

Respectfully submitted,

MATTHEW M. GRAVES,
United States Attorney
D.C. Bar No. 481052

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
Assistant United States Attorney
DC Bar #1531664
U.S. Attorney's Office
District of Columbia
555 4th St. NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Counsel for Defendant*

/s/ Lindsay J. Gower
LINDSAY J. GOWER
Department of Veterans Affairs
Office of General Counsel
Personnel Law Group
810 Vermont Ave. NW
Washington, DC 20420
(202) 460-8181
Lindsay.Gower@va.gov

*Of Counsel*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES TRINKA,

*Plaintiff*,

v.

DENIS McDONOUGH,
Secretary of Veterans Affairs *et al.*,

*Defendants*.

Civil Action No. 21-2904 (RC)

**CERTIFIED LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD**

| **Description** | **Bates #** |
|---|---|
| OAWP Recommendation for Discipline (July 16, 2020) | 001 |
| Proposed Removal (Sept. 11, 2020) | 003 |
| Evidence File Index for Proposed Removal | 008 |
| Evidence File for Proposed Removal | 009 |
| 1. SF-50 showing appointment as Executive Director, Office of the Secretary (Jan. 15, 2012) | 009 |
| 2. Most recent SF-50 showing current appointment as the Chief Talent Management Officer (Jan. 5, 2020) | 011 |
| 3. PD for Chief Talent Management Office (Sept. 2015) | 013 |
| 4. 5 CFR § 731.106 - Designation of public trust positions and investigative requirements | 019 |
| 5. OPM Suitability | 023 |
| 6. OIG Interview with Mrs. Piyaporn Trinka (Nov. 19, 2015) | 030 |
| 7. OPM Investigative File on James Trinka (Dec. 8, 2015) | 139 |
| 8. Memorandum of OIG Interview with Trinka (Apr. 4, 2019) | 302 |

9. Memorandum of OIG Interview with John Oswalt (May 21, 2019) 305

10. Memorandum of OIG Interview with Richard Chandler (May 22, 2019) 307

11. Memorandum of OIG Interview with Martha Orr (May 22, 2019) 309

12. VA OIG Comprehensive ROI (June 24, 2019) 311

13. OIG Referral to OAWP for Investigation (Jan. 7, 2020) 323

14. OAWP Report of Investigation (July 15, 2020) 326

15. OAWP Recommendation (July 16, 2020) 331

16. FEHB forms on file with VA (Jan. 3, 2014) 334

17. Life Insurance form on file with VA (Jan. 6, 2014) 338

18. I CARE Values Presentation (undated) 340

Trinka's Acknowledgement of Receipt of Proposed Removal and Evidence File (Sept. 14, 2020) 351

Trinka Written Reply to Proposed Removal (Sept. 22, 2020) 353

Trinka Written Reply Exhibits: 380

1. Email from Dominic Cussatt to Trinka Counsel (Sept. 18, 2020) 380

2. CSEMO Letter No. 006-17-1 (July 7, 2017) 384

3. VA OIG Report #18-04968-249, OAWP Failures Implementing Aspects of the VA Accountability and Whistleblower Protection Act of 2017 (Oct. 24, 2019) 395

4. Screenshot of OAWP Sharepoint website (Sept. 19, 2020) 495

5. Screenshot of denied access (date uncertain) 496

6. Excerpt from VAAWPA Training from OHRM Employee Relations 497

7. Piyaporn Trinka Immigration Documents (various dates) 499

| | |
|---|---|
| Removal Decision (Oct. 2, 2020) | 529 |
| Notification of Personnel Action (Oct. 6, 2020) | 537 |
| Trinka's Written Grievance (Oct. 14, 2020) | 538 |
| Trinka's Grievance Enclosures | 548 |
| A. Proposed Removal (Sept. 11, 2020) | 548 |
| B. Trinka's Written Reply with Exhibits (Sept. 22, 2020) | 553 |
| C. Removal Decision (Oct. 2, 2020) | 729 |
| D. Excerpt from government's brief in *Helman v. VA* (June 1, 2016) | 738 |
| Grievance Recommendation Letter to the Secretary of VA from James Gfrerer, Grievance Official (Oct. 30, 2020) | 742 |
| Grievance Decision by the Secretary of VA (Nov. 3, 2020) | 750 |
| Delegation of Authority for Actions under 38 U.S.C. §§ 713, 714 and 5 U.S.C. § 7515, including those actions prescribed under 38 U.S.C. § 731 (Nov. 9, 2020) | 759 |
| Email Denying Trinka's Request for a Copy of the Grievance Official's Recommendation (Nov. 13, 2020) | 761 |