UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES TRINKA,

*Plaintiff,*

v.

DENIS McDONOUGH,
Secretary of Veterans Affairs, *et al.*,

*Defendants*.

Civil Action No. 21-2904 (RC)

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Denis McDonough, Secretary of Veterans Affairs, and the U.S. Department of Veterans Affairs, by and through undersigned counsel, respectfully move for summary judgment. A memorandum of points and authorities in support of this motion and proposed order are attached.

Dated: March 18, 2022

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar #481052

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
DC Bar #1531664
Assistant United States Attorney
555 4th St. NW
Washington, DC 20530
(202) 252-2675
bradley.silverman@usdoj.gov

*Counsel for Defendants*