UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES TRINKA,

*Plaintiff,*

v.

DENIS McDONOUGH,
Secretary of Veterans Affairs, *et al.*,

*Defendants*.

Civil Action No. 21-2904 (RC)

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion for summary judgment, the parties' respective memoranda in support thereof and opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendants' motion for summary judgment is GRANTED; and it is further

ORDERED that this action is dismissed with prejudice.

SO ORDERED.

Dated: ___________________

_________________________________
RUDOLPH CONTRERAS
United States District Judge