**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JAMES TRINKA<br><br>*Plaintiff,*<br><br>v.<br><br>DENIS McDONOUGH,<br>Secretary of Veterans Affairs<br>(in his official capacity);<br><br>UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS;<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:21-cv-02904-RC |

**JOINT APPENDIX**

In accordance with Local Civil Rule 7(n), Plaintiff James Trinka files this Joint Appendix of the portions of the Administrative Record cited or otherwise relied upon in the parties' respective memoranda in support of and in opposition to the parties motions for summary sudgment. As required, the parties conferred and agreed on the contents of this Appendix.

Date: September 8, 2022

Respectfully submitted,

Christopher J. Keeven #993971
Debra L. Roth #422452
Conor D. Dirks #1022481
Shaw Bransford & Roth P.C.
1100 Connecticut Ave NW, Suite 900
Washington, DC 20036
Tel: 202-463-8400
Fax: 202-833-8082

*Counsel for Plaintiff James Trinka*