# INDEX TO ADMINISTRATIVE RECORD EXCERPTS

| Tab | Description | Administrative Record (AR) Numbering |
|---|---|---|
| A | OAWP Recommendation for Discipline | 001 - 002 |
| B | Proposed Removal | 003 - 007 |
| C | Proposed Removal Exhibit 1: SF-50 showing appointment as Executive Director, Office of the Secretary (Jan. 15, 2012) | 010 |
| D | Proposed Removal Exhibit 6: OIG Interview with Mrs. Piyaporn Trinka (Nov. 19, 2015) | 030-031, 120 |
| E | Proposed Removal Exhibit 7: OPM Investigative File on James Trinka (Dec. 08, 2015) | 153, 234-235 280, 293-294 |
| F | Proposed Removal Exhibit 8: Memorandum of OIG Interview with Trinka (Apr. 04, 2019) | 302 - 304 |
| G | Proposed Removal Exhibit 9: Memorandum of OIG Interview with John Oswalt (May 21, 2019) | 305-306 |
| H | Proposed Removal Exhibit 10: Memorandum of OIG Interview with Richard Chandler (May 22, 2019) | 307-308 |
| I | Proposed Removal Exhibit 11: Memorandum of OIG Interview with Martha Orr (May 22, 2019) | 309-310 |
| J | Proposed Removal Exhibit 12: VA OIG Comprehensive ROI (June 24, 2019) | 320 – 322 |
| K | Proposed Removal Exhibit 13: OIG Referral to OAWP for Investigation (Jan. 07, 2020) | 324 – 325 |
| L | Proposed Removal Exhibit 14: OAWP Report of Investigation (July 16, 2020) | 327 – 330 |
| M | Proposed Removal Exhibit 16: FEHB forms on file with VA (Jan. 03, 2014) | 334 – 337 |
| N | Proposed Removal Exhibit 17: Life Insurance form on file with VA (Jan. 06, 2014) | 339 |
| O | Proposed Removal Exhibit 18: I Care Values Presentation | 341 - 350 |
| P | Trinka Written Reply to Proposed Removal (Sept. 22, 2020) | 353 - 379 |
| Q | Written Reply Exhibit 1: Email from Dominic Cussatt to Trinka Counsel (Sept. 18, 2020) | 380-383 |
| R | Written Reply Exhibit 2: CSEMO Letter No. 006-17-1 (July 07, 2017) | 384 - 394 |

| | | |
|---|---|---|
| S | Written Reply Exhibit 3: VA OIG Report #18-04968-249, OAWP Failures Implementing Aspects of the VA Accountability and Whistleblower Protection Act of 2017 (Oct. 24, 2019) | 395 - 494 |
| T | Written Reply Exhibit 7: Piyaporn Trinka Immigration Documents (various dates) | 499 - 528 |
| U | Removal Decision (Oct. 02, 2020) | 529 - 536 |
| V | Trinka's Written Grievance (Oct. 14, 2020) | 538 – 547 |
| W | Grievance Exhibit B: Trinka's Written Reply with Exhibits (Sept. 22, 2020) | 553 - 728 |
| X | Grievance Exhibit C: Removal Decision (Oct. 02, 2020) | 729 – 737 |
| Y | Grievance Recommendation Letter to the Secretary of VA from James Gfrerer, Grievance Official (Oct. 30, 2020) | 742 – 749 |
| Z | Grievance Decision by the Secretary of VA (Nov. 03, 2020) | 750 – 758 |
| AA | Delegation of Authority for Actions under 38 USC § § 713, 714, and 5 U.S.C. § 7515, including those actions prescribed under 38 U.S.C. § 731 (Nov. 03, 2020) | 759 – 760 |
| BB | Email Denying Trinka's Request for a Copy of the Grievance Official's Recommendation (Nov. 13, 2020) | 761 - 762 |