**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JAMES TRINKA, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 21-2904 (RC) |
| | : | |
| v. | : | Re Document Nos.: 14, 15 |
| | : | |
| DENIS MCDONOUGH, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# ORDER

**GRANTING IN PART AND DENYING IN PART WITHOUT PREJUDICE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; GRANTING IN PART AND DENYING IN PART WITHOUT PREJUDICE PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT; AND REMANDING TO THE AGENCY**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, the Court **GRANTS IN PART AND DENIES IN PART** Defendants' Motion for Summary Judgment (ECF No. 14) without prejudice, and **GRANTS IN PART AND DENIES IN PART** Plaintiff's Cross-Motion for Summary Judgment (ECF No. 15) without prejudice. It is hereby:

**ORDERED** that the matter is **REMANDED** to the agency for further consideration consistent with the Court's Memorandum Opinion; and

**FURTHER ORDERED** that Defendants will file a status report with the Court 14 days after the agency renders a decision or within 90 days of the Court's Opinion, whichever is earlier.

**SO ORDERED**.

Dated: September 21, 2023

RUDOLPH CONTRERAS
United States District Judge