UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES TRINKA,<br><br>Plaintiff,<br><br>v.<br><br>DENIS McDONOUGH,<br>Secretary of Veterans Affairs, et al.,<br><br>Defendants. | Civil Action No. 21-2904 (RC) |

**DEFENDANTS' STATUS REPORT**

Pursuant to this Court's Order, ECF No. 23, Defendants Department of Veterans Affairs and Denis McDonough, Secretary of Veterans Affairs, by and through the undersigned counsel, respectfully file this Status Report to apprise the Court of the status of agency proceedings on remand. Since this Court issued its ruling, Defendants have been carefully reviewing that ruling, and evaluating their options in light of it. At this time, Defendants continue to evaluate their options to ensure that whatever personnel action they take comports with the legal principles that the Court articulated in its ruling, but have not finally settled on a course of action. Given the issues that this Court identified in its ruling, Defendants are proceeding carefully and with proper deliberation to ensure that their action with respect to Plaintiff rests on firm legal footing. Defendants respectfully propose that this Court direct them to file an additional Status Report by March 20, 2024.

*  *  *

Dated: December 18, 2023
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
D.C. Bar #1531664
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*