UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES TRINKA,<br><br>Plaintiff,<br><br>v.<br><br>DENIS McDONOUGH,<br>Secretary of Veterans Affairs, et al.,<br><br>Defendants. | Civil Action No. 21-2904 (RC) |

**DEFENDANTS' STATUS REPORT**

Pursuant to this Court's Minute Order (Jan. 5, 2024), Defendants Department of Veterans Affairs and Secretary Denis McDonough, by and through the undersigned counsel, respectfully file this Status Report to inform the Court of the status of administrative proceedings in this case. Defendants have drafted a new agency action, and are in what they hope will be the final stages of reviewing the action for legal sufficiency. Given the issues that this Court identified in its order and memorandum opinion, ECF Nos. 23, 24, Defendants are undertaking a thorough review so as to ensure that the action conforms with all applicable legal requirements. Defendants respectfully propose that this Court direct them to file an additional Status Report by February 22, 2024.

*       *       *

Dated: January 22, 2024

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ ________________________
BRADLEY G. SILVERMAN,
D.C. Bar #1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*