UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES TRINKA,

Plaintiff,

v.

DENIS McDONOUGH,
Secretary of Veterans Affairs, et al.,

Defendants.

Civil Action No. 21-2904 (RC)

**DEFENDANTS' STATUS REPORT**

Pursuant to this Court's Minute Order (Jan. 22, 2024), Defendants Department of Veterans Affairs and Secretary Denis McDonough, by and through the undersigned counsel, respectfully file this Status Report to inform the Court of the status of administrative proceedings in this case. Defendants expect to issue a new agency action in short order, and are merely waiting for final delegations of authority before the action can be issued. Defendants respectfully propose that this Court direct them to file an additional Status Report by March 22, 2024.

* * *

Dated: February 22, 2024

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ ______________________
BRADLEY G. SILVERMAN,
D.C. Bar #1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*