UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES TRINKA,<br><br>Plaintiff,<br><br>v.<br><br>DENIS McDONOUGH,<br>Secretary of Veterans Affairs, et al.,<br><br>Defendants. | Civil Action No. 21-2904 (RC) |

**DEFENDANTS' STATUS REPORT**

Pursuant to this Court's Minute Order (Jan. 22, 2024), Defendants Department of Veterans Affairs and Secretary Denis McDonough, by and through the undersigned counsel, respectfully file this Status Report to inform the Court of the status of administrative proceedings in this case. On Thursday, February 29, 2024, the Department issued an amended proposal letter to Plaintiff James Trinka, and provided him the evidence on which the amended proposal relies. The amended proposal letter amended the proposed removal letter issued to Trinka on September 11, 2020, and determined that he had engaged in conduct unbecoming a federal supervisor, thus warranting his removal from federal service.

* * *

Dated: March 4, 2024

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/
BRADLEY G. SILVERMAN,
D.C. Bar #1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*