**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JAMES TRINKA, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 21-2904 (RC) |
| | : | |
| v. | : | Re Document No.: 29 |
| | : | |
| DENIS McDONOUGH, | : | |
| Secretary of Veterans Affairs, et al., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**DENYING PLAINTIFF'S MOTION TO SET ASIDE AGENCY ACTION**

On February 23, 2024, James Trinka ("Plaintiff") filed a "motion" to set aside agency action. *See* ECF No. 29. The Court will deny Plaintiff's "motion" without prejudice, as it represents a poor vehicle to address the complicated issues raised herein.

For these reasons, it is hereby **ORDERED** that Plaintiff's motion to set aside agency action (ECF No. 29) is **DENIED**; and it is

**FURTHER ORDERED** that the parties shall meet and confer and provide a joint status report on or before May 31, 2024, with a proposed order to govern further proceedings.

**SO ORDERED**.

Dated: May 1, 2024

RUDOLPH CONTRERAS
United States District Judge