**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JAMES TRINKA,<br><br>Plaintiff,<br><br>v.<br><br>DENIS McDONOUGH,<br>Secretary of Veterans Affairs, *et al.*,<br><br>Defendants. | : | Civil Action No.: 21-2904 (RC)<br><br>Re Document No.: 35 |

**SCHEDULING ORDER**

Upon consideration of the parties' Joint Status Report (ECF No. 35), it is hereby

**ORDERED** that the following schedule shall govern further proceedings in this case:

1. defendants shall file a certified list of the contents of the administrative record on or before August 20, 2024;
2. plaintiff shall file a motion to re-assert his prevailing arguments and his request for this Court to "set aside" and to cancel the 2020 removal action on or before September 3, 2024; defendants shall file their opposition on or before October 1, 2024; and plaintiff shall file his reply in support of his motion on or before October 23, 2024;
3. defendants shall file their motion for summary judgment on or before September 3, 2024; plaintiff shall file his opposition on or before October 1, 2024; and defendants shall file their reply on or before October 23, 2024.

**SO ORDERED**.

Dated: July 23, 2024

RUDOLPH CONTRERAS
United States District Judge