UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES TRINKA,<br>Plaintiff,<br>v.<br>DENIS McDONOUGH,<br>Secretary of Veterans Affairs, et al.,<br>Defendants. | Civil Action No. 21-2904 (RC) |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Dewaine Beard, Principal Deputy Assistant Secretary, Office of Information Technology, hereby certify that the attached Certified List of the Contents of the Administrative Record is a true, correct, and complete copy of the non- privileged documents that comprising the complete Administrative Record in connection with James Trinka's removal from the Department of Veterans Affairs, as is the subject of the above-captioned matter.

Date: August 20, 2024

DEWAINE BEARD Digitally signed by DEWAINE BEARD
Date: 2024.08.20 12:31:19 -04'00'

Dewaine Beard
Principal Deputy Assistant Secretary
Office of Information Technology