UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES TRINKA,<br><br>Plaintiff,<br><br>v.<br><br>DENIS McDONOUGH,<br>Secretary of Veterans Affairs, et al.,<br><br>Defendants. | Civil Action No. 21-2904 (RC) |

**CORRECTED CERTIFIED LIST OF THE**
**CONTENTS OF THE ADMINSTRATIVE RECORD**

Pursuant to this Court's Minute Order (July 23, 2024) and Local Civil Rule 7(n), Defendants Denis McDonough, Secretary of Veterans Affairs, and Department of Veterans Affairs, by and through undersigned counsel, respectfully file the attached corrected certified list of the contents of the administrative record in this case. The only change made from the initial certified list, ECF No. 37, is correcting the pagination of the last five entries in the list, which were slightly off. Defendants have made no substantive change to the certified list.

* * *

Dated: September 3, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: *<u>/s/ Bradley G. Silverman</u>*

BRADLEY G. SILVERMAN
D.C. Bar #1531664
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*

<u>/s/ Matthew L. Mohr</u>

MATTHEW L. MOHR
IRIS BARBER
Department of Veterans Affairs
Office of General Counsel
Personnel Law Group
810 Vermont Ave N.W.
Washington, D.C. 20420
Telephone: (202) 460-8181
Matthew.Mohr@va.gov

*Of Counsel*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES TRINKA,<br><br>Plaintiff,<br><br>v.<br><br>DENIS McDONOUGH,<br>Secretary of Veterans Affairs, et al.,<br><br>Defendants. | Civil Action No. 21-2904 (RC) |

**CORRECTED CERTIFIED INDEX TO ADMINISTRATIVE RECORD**

| Description | Bates # |
|---|---|
| OAWP Recommendation for Discipline (July 16, 2020) | 1 |
| Proposed Removal (Sept. 11, 2020) | 3 |
| Evidence File Index for Proposed Removal | 8 |
| Evidence File for Proposed Removal | 9 |
| 1. SF-50 showing appointment as Executive Director, Office of the Secretary (Jan. 15, 2012) | 9 |
| 2. Most recent SF-50 showing current appointment as the Chief Talent Management Officer (Jan. 5, 2020) | 11 |
| 3. PD for Chief Talent Management Office (Sept. 2015) | 13 |
| 4. 5 CFR § 731.106 - Designation of public trust positions and investigative requirements | 19 |
| 5. OPM Suitability | 23 |
| 6. OIG Interview with Mrs. Piyaporn Trinka (Nov. 19, 2015) | 30 |
| 7. OPM Investigative File on James Trinka (Dec. 8, 2015) | 139 |
| 8. Memorandum of OIG Interview with Trinka (Apr. 4, 2019) | 302 |

| | |
|---|---|
| 9. Memorandum of OIG Interview with John Oswalt (May 21, 2019) | 305 |
| 10. Memorandum of OIG Interview with Richard Chandler (May 22, 2019) | 307 |
| 11. Memorandum of OIG Interview with Martha Orr (May 22, 2019) | 309 |
| 12. VA OIG Comprehensive ROI (June 24, 2019) | 311 |
| 13. OIG Referral to OAWP for Investigation (Jan. 7, 2020) | 323 |
| 14. OAWP Report of Investigation (July 15, 2020) | 326 |
| 15. OAWP Recommendation (July 16, 2020) | 331 |
| 16. FEHB forms on file with VA (Jan. 3, 2014) | 334 |
| 17. Life Insurance form on file with VA (Jan. 6, 2014) | 338 |
| 18. I CARE Values Presentation (undated) | 340 |
| Trinka's Acknowledgement of Receipt of Proposed Removal and Evidence File (Sept. 14, 2020) | 351 |
| Trinka Written Reply to Proposed Removal (Sept. 22, 2020) | 353 |
| Trinka Written Reply Exhibits: | 380 |
| 1. Email from Dominic Cussatt to Trinka Counsel (Sept. 18, 2020) | 380 |
| 2. CSEMO Letter No. 006-17-1 (July 7, 2017) | 384 |
| 3. VA OIG Report #18-04968-249, OAWP Failures Implementing Aspects of the VA Accountability and Whistleblower Protection Act of 2017 (Oct. 24, 2019) | 395 |
| 4. Screenshot of OAWP Sharepoint website (Sept. 19, 2020) | 495 |
| 5. Screenshot of denied access (date uncertain) | 496 |
| 6. Excerpt from VAAWPA Training from OHRM Employee Relations | 497 |
| 7. Piyaporn Trinka Immigration Documents (various dates) | 499 |

| | |
|---|---|
| Removal Decision (Oct. 2, 2020) | 529 |
| Notification of Personnel Action (Oct. 6, 2020) | 537 |
| Trinka's Written Grievance (Oct. 14, 2020) | 538 |
| Trinka's Grievance Enclosures | 548 |
| A. Proposed Removal (Sept. 11, 2020) | 548 |
| B. Trinka's Written Reply with Exhibits (Sept. 22, 2020) | 553 |
| C. Removal Decision (Oct. 2, 2020) | 729 |
| D. Excerpt from government's brief in *Helman v. VA* (June 1, 2016) | 738 |
| Grievance Recommendation Letter to the Secretary of VA from James Gfrerer, Grievance Official (Oct. 30, 2020) | 742 |
| Grievance Decision by the Secretary of VA (Nov. 3, 2020) | 750 |
| Delegation of Authority for Actions under 38 U.S.C. §§ 713, 714 and 5 U.S.C. § 7515, including those actions prescribed under 38 U.S.C. § 731 (Nov. 9, 2020) | 759 |
| Email Denying Trinka's Request for a Copy of the Grievance Official's Recommendation (Nov. 13, 2020) | 761 |
| Amended Proposed Removal, dated February 29, 2024 | 763 |
| Evidence File for Amended Proposed Removal | 771 |
| 1. SF-50 showing appointment as Executive Director, Office of the Secretary | 772 |
| 2. Most recent SF-50 showing appointment as the Chief Talent Management Officer | 774 |
| 3. PD for Chief Talent Management Office | 776 |
| 4. 5 CFR § 731.106 - Designation of public trust positions and investigative requirements. | 782 |
| 5. OPM Investigative File | 786 |
| 6. OIG Interview Memorandum: Interviewee, James Trinka | 949 |
| 7. Memorandum of OIG Interview with John Oswalt | 952 |
| 8. Memorandum of OIG Interview with Richard Chandler | 954 |

| | |
|---|---|
| 9. Memorandum of OIG Interview with Martha Orr | 956 |
| 10. VA OIG Comprehensive ROI | 958 |
| 11. OIG Referral to OAWP for Investigation | 970 |
| 12. OAWP Report of Investigation | 973 |
| 13. OAWP Recommendation | 978 |
| 14. I CARE Values Presentation | 981 |
| 15. Trinka Interview Audio Recording | 991 |
| Trinka Written Reply to Amended Proposed Removal, dated March 11, 2024. | 992 |
| Decision on Amended Removal, dated March 21, 2024. | 994 |
| Delegation of Authority for Actions under 38 U.S.C. §§ 713, 714 and 5 U.S.C. § 7515, including those actions prescribed under 38 U.S.C. § 731, dated February 8, 2024. | 1001 |
| Delegation of Authority for Deputy Chief Officer, Nathan Tierney, to serve as proposing official for any disciplinary action proposed under 38 U.S.C. § 713 for Mr. James A. Trinka dated February 28, 2024. | 1004 |