UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES TRINKA,<br><br>Plaintiff,<br><br>v.<br><br>DENIS McDONOUGH,<br>Secretary of Veterans Affairs, et al.,<br><br>Defendants. | Civil Action No. 21-2904 (RC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for summary judgment, the memoranda submitted in support thereof and opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED;

ORDERED that judgment is ENTERED for Defendants.

SO ORDERED.

____________________
Dated

______________________________
RUDOLPH CONTRERAS
United States District Judge