UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES TRINKA,<br><br>Plaintiff,<br><br>v.<br><br>DENIS McDONOUGH,<br>Secretary of Veterans Affairs, et al.,<br><br>Defendants. | Civil Action No. 21-2904 (RC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's motion to set aside his removal, Defendants' motion for summary judgment, the various memoranda submitted in support thereof and opposition thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion to set aside his removal is DENIED;

ORDERED that Defendants' motion for summary judgment is GRANTED;

ORDERED that judgment is ENTERED for Defendants.

SO ORDERED.

____________________
Dated

______________________________
RUDOLPH CONTRERAS
United States District Judge