AO 450 (Rev. 01/09; DC-03/10)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| JAMES TRINKA ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 21-2904 (RC) |
| U.S.DEPARTMENT OF VETERANS AFFAIRS, et al ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Plaintiff's motion to set aside unconstitutional and unlawful agency action is DENIED, and Defendants'
motion for summary judgment is GRANTED.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge Rudolph Contreras _____ on a motion for
summary judgment in favor of the defendants entered on July 25, 2025

Date:  08/22/2025 _____

ANGELA D. CAESAR, CLERK OF COURT

_____

Tanya Johnson, Deputy Clerk
*Signature of Clerk or Deputy Clerk*